UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ORFILIA S. BENITEZ, #58917-177 | § | |
| | § | |
| Movant, | § | |
| | § | |
| v. | § | CIVIL CASE NO. 3:21-CV-2049-B-BK |
| | § | (CRIMINAL CASE NO. 3:19-CR-331-B-1) |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 8th day of March, 2023.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE